## LIBERTY BANK *v.* VINCENT P. PAGANO ET AL.
### (AC 16028)

Foti, Lavery and Schaller, Js.

Argued May 2—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## JOHN MITCHELL *v.* ATLANTIC MUTUAL INSURANCE COMPANY
### (AC 16322)

Foti, Schaller and Hennessy, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## DAVID RUBIN *v.* CITY OF BRIDGEPORT
### (AC 16365)

Foti, Schaller and Hennessy, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## JOSEPHINE RIDER ET AL. *v.* V. W. CREDIT, INC.
### (AC 16326)

O'Connell, Landau and Spallone, Js.

Argued May 2—officially released June 3, 1997

Per Curiam. The judgment is affirmed.